# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **GRAY WOLFE,** | |
| *Plaintiff,* | **CASE NO.: 1:20-CV-660** |
| **v.** | |
| **HANESBRANDS, INC.,** | |
| *Defendant.* | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** the parties, by and through undersigned counsel, and stipulate to dismissal of this action, inclusive of all claims and counterclaims which are or should have been brought herein, with prejudice. Each party to pay its own fees and costs.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

-1-

4826-2011-6987.1 / 089378-1010

*Respectfully submitted on this, the 21st day of September, 2021.*

/s/ CRAIG HENSEL

NC State Bar No. 40852

HENSEL LAW, PLLC

Post Office Box 39270

Greensboro, North Carolina 27438 Phone:

(336) 218-6466

Fax: (336) 218-6467

craig.hensel@hensellaw.com

Attorney for Plaintiff

/s/ JERRY H. WALTERS, JR.

N.C. State Bar No. 23319

Jennifer K. Staples

NC State Bar No. 39833

LITTLER MENDELSON, P.C.

Bank of America Corporate Center

100 North Tryon Street, Ste. 4150

Charlotte, NC 28202

(704) 972-7000

Fax: (704) 333-4005

jwalters@littler.com

jstaples@littler.com

Attorneys for Defendant

4826-2011-6987.1 / 089378-1010

# CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2021, I electronically filed the foregoing

Joint Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which

will send notification of filing to the following:

Jerry H. Walters, Jr., Bar No. 23319
jwalters@littler.com
Jennifer K. Staples, Bar No. 39833
jstaples@littler.com
Littler Mendelson, P.C.
Bank of America Corporate Center
100 North Tryon Street, Suite 4150
Charlotte, NC  28202
Phone: (704) 972-7000
Fax: (704) 333-4005
*Counsel for Defendant*

/s/ CRAIG HENSEL
*Attorney for Plaintiff*
NC State Bar No. 40852
HENSEL LAW, PLLC
Post Office Box 39270
Greensboro, North Carolina 27438
Phone: (336) 218-6466
Fax: (336) 218-6467
craig.hensel@hensellaw.com

4826-2011-6987.1 / 089378-1010